```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X
UNITED STATES OF AMERICA,

            Plaintiff,                    ORDER
                                          92-CR-1020-03
        -against-

EULISES TOVAR,

            Defendant.
----------------------------X
A P P E A R A N C E S:

For the Government:
    Loretta Lynch
    United States Attorney
    Eastern District of New York
    One Federal Plaza
    Central Islip, New York  11722
      By:  William P. Campos, A.U.S.A.

For Defendant:
    Eulises Tovar, Pro Se
    Reg. No. 40613-053
    FCI McKean
    Federal Correctional Institution
    P.O. Box 8000
    Bradford, PA  16701
```

HURLEY, Senior District Judge

In the government's April 9, 2010 submission in opposition to relief sought by defendant, it neglected to address the alternate ground advanced by him, viz. the purported noncompliance with the Federal Rule of Criminal Procedure 32.1. The government is directed to file a supplemental letter brief as

to that ground — particularly subdivision (a) of the Rule — on or before June 15, 2010.

    SO ORDERED.

Dated: Central Islip, New York
       May 19, 2010

                                            _____
                                            DENIS R. HURLEY, U.S.D.J.